```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 15096
   EDMUND G KILDISS
   LINDA S KILDISS                              CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-8542     SSN XXX-XX-1665

----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/12/08 .

   2.  The case was converted to Chapter 7 without confirmation, 08/27/2008.

----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
----------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG        .00            .00           .00
FORD MOTOR CREDIT CO       SECURED VEHIC        .00            .00           .00
DUPAGE COUNTY COLLECTOR    SECURED              .00            .00           .00
FIA CARD SERVICES          UNSECURED       NOT FILED           .00           .00
FIA CARD SERVICES          UNSECURED       NOT FILED           .00           .00
HSBC                       UNSECURED       NOT FILED           .00           .00
CAPITAL ONE BANK           UNSECURED       NOT FILED           .00           .00
CAPITAL ONE BANK           UNSECURED       NOT FILED           .00           .00
CHASE BANK USA             UNSECURED       NOT FILED           .00           .00
ELMHURST EMERGENCY MEDIC   UNSECURED       NOT FILED           .00           .00
FIFTH THIRD BANK           UNSECURED       NOT FILED           .00           .00
LOYOLA UNIVERSITY HEALTH   UNSECURED       NOT FILED           .00           .00
SEARS BKRUPTCY RCVRY MGM   UNSECURED       NOT FILED           .00           .00
WELLS FARGO FINANCIAL      UNSECURED       NOT FILED           .00           .00
         Summary of disbursements:
----------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED     OTHER        TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00         .00          .00          .00
PRINCIPAL PAID         .00          .00         .00          .00          .00
INTEREST PAID          .00          .00         .00          .00          .00
TOTAL PAID             .00          .00         .00          .00          .00
The Debtor's attorney, GREGORY K STERN          , was allowed $      .00
and was paid $      .00 .

The Trustee received $      .00 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 11/13/08                    /s/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE
```